## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

DAVID C. BAILEY, DAVID C. BAILEY AND CECELIA BAILEY, TRUSTEES OF DAVID C. BAILEY TRUSTS, ANADARKO E&P COMPANY, LP, CHESAPEAKE APPALACHIA, LLC, MITSUI E&P USA, LLC AND STATOIL USA ONSHORE PROPERTIES, INC.

v.

GEORGE A. ELDER A/K/A G.A. ELDER, WILLIAM HOYT AND MARY HOYT, MARK HOYT AND ANNA HOYT, EDWARD C. HOYT AND CORDELIA IDA HOYT, THEODORE R. HOYT, GEORGE S. HOYT, ELK TANNING COMPANY, CENTRAL PENNSYLVANIA LUMBER COMPANY, THEIR SUCCESSORS, HEIRS, ADMINISTRATORS AND ASSIGNS OR ANYONE CLAIMING BY, THROUGH OR UNDER THEM

v.

HOYT ROYALTY, LLC

PETITION OF: HOYT ROYALTY, LLC

: No. 945 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.